1  Clyde A. Thompson, SBN 72920
   Benjamin A. Thompson, SBN 236590
2  HAAPALA, THOMPSON & ABERN, LLP
   1939 Harrison Street, Suite 800
3  Oakland, California 94612
   Tel:    510-763-2324
4  Fax:    510-273-8570
   E-mail:   cthompson@htalaw.com
5
   Attorneys For Defendants
6  COUNTY OF ALAMEDA, D. BLANCHARD,
   B. FRANCIS, G. GOSAL, K. LEWIS and
7  J. McGRAIL

8                        UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10 | JOVANNY SAAVEDRA,                            )  Case No.:  C12-03478 JCS (MEJ)
                                                  )
11 |         Plaintiff,                           )  **STIPULATION AND [PROPOSED]**
                                                  )  **ORDER TO CONTINUE SETTLEMENT**
12 |    vs.                                       )  **CONFERENCE**
                                                  )
13 | COUNTY OF ALAMEDA, ALAMEDA                   )
   COUNTY SHERIFF'S OFFICE, ALAMEDA               )
14 | COUNTY SHERIFF OFFICER G. GOSAL              )
   (#1459), ALAMEDA COUNTY SHERIFF                )
15 | OFFICER B. FRANCIS (#1615), ALAMEDA          )
   COUNTY SHERIFF OFFICER K. LEWIS                )
16 | (#958), ALAMEDA COUNTY SHERIFF               )
   OFFICER D. BLANCHARD (#1449),                  )
17 | ALAMEDA COUNTY SHERIFF OFFICER               )
   JAMES MCGRAIL (#201603), and DOES              )
18 | 1-200,                                       )
                                                  )
19 |         Defendants.                          )
                                                  )

20

21         IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their

22 attorneys of record, that the Settlement conference currently scheduled on March 4, 2013, at

23 2:00 p.m. in Magistrate Judge James' chambers be continued.

24         Counsel has conferred and has selected an alternative date for the Settlement Conference

25 of **May 17, 2013, at 2:00 p.m.**, based on Court availability.

26 Dated:  January 29, 2013        LAW OFFICES OF ANTHONY E. PAGKAS

27                                 By:    */s/ Christopher J. D'Anjou
                                          Christopher J. D'Anjou, Attorneys for Plaintiff
28                                        *Mr. D'Anjou gave his consent to e-file this document

1

*Saavedra v. County of Alameda, et al./*Case #C12-03478 JCS
Stipulation and [Proposed] Order To Continue Settlement Conference

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8570

1  Dated: January 29, 2013        HAAPALA, THOMPSON & ABERN, LLP

2

3                              By: /s/ Clyde A. Thompson
                                Clyde A. Thompson

4                                  Attorneys For Defendants

5

6  **ORDER**

7  IT IS SO ORDERED that the Settlement Conference of March 4, 2013 is continued to
   May 24, 2013 @ 10:00 a.m.

8  ~~May 17, 2013, at 2:00 p.m~~., in Chambers.

9  Dated: February 4, 2013

10

11  _____

12                              Magistrate Judge Maria-Elena James

*Saavedra v. County of Alameda, et al./*Case #C12-03478 JCS
Stipulation and [Proposed] Order To Continue Settlement Conference

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570