1  Clyde A. Thompson, SBN 72920
   Benjamin A. Thompson, SBN 236590
2  HAAPALA, THOMPSON & ABERN, LLP
   1939 Harrison Street, Suite 800
3  Oakland, California 94612
   Tel:    510-763-2324
4  Fax:    510-273-8570
   E-mail:  cthompson@htalaw.com
5
   Attorneys For Defendants
6  COUNTY OF ALAMEDA, D. BLANCHARD,
   B. FRANCIS, G. GOSAL, K. LEWIS and
7  J. McGRAIL

8                 UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10 | JOVANNY SAAVEDRA,                      ) Case No.:  C12-03478 JCS (MEJ)
   |                                        )
11 |         Plaintiff,                     ) **STIPULATION AND [PROPOSED]**
   |                                        ) **ORDER TO CONTINUE MAY 24, 2013**
12 |    vs.                                 ) **SETTLEMENT CONFERENCE**
   |                                        )
13 | COUNTY OF ALAMEDA, ALAMEDA             )
   | COUNTY SHERIFF'S OFFICE, ALAMEDA       )
14 | COUNTY SHERIFF OFFICER G. GOSAL        )
   | (#1459), ALAMEDA COUNTY SHERIFF        )
15 | OFFICER B. FRANCIS (#1615), ALAMEDA    )
   | COUNTY SHERIFF OFFICER K. LEWIS        )
16 | (#958), ALAMEDA COUNTY SHERIFF         )
   | OFFICER D. BLANCHARD (#1449),          )
17 | ALAMEDA COUNTY SHERIFF OFFICER         )
   | JAMES MCGRAIL (#201603), and DOES      )
18 | 1-200,                                 )
   |                                        )
19 |         Defendants.                    )
   |                                        )

20

21        IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their

22 attorneys of record, that the Settlement conference currently scheduled on May 24, 2013, at

23 10:00 a.m. in Magistrate Judge James' chambers be continued.

24        Counsel has conferred and has selected an alternative date for the Settlement Conference

25 of **June 11, 2013, at 10:00 a.m.**, based on Court availability.

26 Dated:  May 15, 2013          LAW OFFICES OF ANTHONY E. PAGKAS

27                               By:    */s/ Christopher J. D'Anjou
                                        Christopher J. D'Anjou, Attorneys for Plaintiff
28                                      *Mr. D'Anjou gave his consent to e-file this document

1

Dated:  May 15, 2013                    HAAPALA, THOMPSON & ABERN, LLP


By:   /s/ Benjamin A. Thompson
        Benjamin A. Thompson
        Attorneys For Defendants


**ORDER**

IT IS SO ORDERED that the Settlement Conference of May 24, 2013 is continued to June 11, 2013, at 10:00 a.m., in Chambers. Settlement Conference statements are due seven (7) days prior to the Settlement Conference.

Dated: May 15, 2013

_____
Magistrate Judge Maria-Elena James

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8570

2

*Saavedra v. County of Alameda, et al./*Case #C12-03478 JCS (MEJ)
Stipulation and [Proposed] Order To Continue May 24, 2013 Settlement Conference