Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570
E-mail:   cthompson@htalaw.com

Attorneys For Defendants
COUNTY OF ALAMEDA, D. BLANCHARD,
B. FRANCIS, G. GOSAL, K. LEWIS and
J. McGRAIL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JOVANNY SAAVEDRA,<br><br>             Plaintiff,<br><br>       vs.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY SHERIFF OFFICER G. GOSAL (#1459), ALAMEDA COUNTY SHERIFF OFFICER B. FRANCIS (#1615), ALAMEDA COUNTY SHERIFF OFFICER K. LEWIS (#958), ALAMEDA COUNTY SHERIFF OFFICER D. BLANCHARD (#1449), ALAMEDA COUNTY SHERIFF OFFICER JAMES MCGRAIL (#201603), and DOES 1-200,<br><br>             Defendants. | Case No.:  C12-03478 JCS (MEJ)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MAY 24, 2013 SETTLEMENT CONFERENCE** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their attorneys of record, that the Settlement conference currently scheduled on May 24, 2013, at 10:00 a.m. in Magistrate Judge James' chambers be continued.

Counsel has conferred and has selected an alternative date for the Settlement Conference of **June 11, 2013, at 10:00 a.m.**, based on Court availability.

Dated:  May 15, 2013            LAW OFFICES OF ANTHONY E. PAGKAS

                                By:    */s/ Christopher J. D'Anjou
                                        Christopher J. D'Anjou, Attorneys for Plaintiff
                                        *Mr. D'Anjou gave his consent to e-file this document

1

*Saavedra v. County of Alameda, et al./*Case #C12-03478 JCS (MEJ)
Stipulation and [Proposed] Order To Continue May 24, 2013 Settlement Conference

Dated:  May 15, 2013          HAAPALA, THOMPSON & ABERN, LLP

By:   /s/ Benjamin A. Thompson
     Benjamin A. Thompson
     Attorneys For Defendants

## **ORDER**

IT IS SO ORDERED that the Settlement Conference of May 24, 2013 is continued to June 11, 2013, at 10:00 a.m., in Chambers. Settlement Conference statements are due seven (7) days prior to the Settlement Conference.

Dated: May 15, 2013

_____
Magistrate Judge Maria-Elena James

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8570