Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:    510-763-2324
Fax:   510-273-8570
E-mail:   cthompson@htalaw.com

Attorneys For Defendants
COUNTY OF ALAMEDA, D. BLANCHARD,
B. FRANCIS, G. GOSAL, K. LEWIS and
J. McGRAIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JOVANNY SAAVEDRA, | Case No.: C12-03478 JSC (MEJ) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING INDIVIDUAL DEFENDANTS' APPLICATION TO BE EXCUSED FROM APPEARING IN PERSON OR BY TELEPHONE AT ~~MAY 24, 2013~~ June 11, 2013 SETTLEMENT CONFERENCE** T |
| vs. | |
| COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY SHERIFF OFFICER G. GOSAL (#1459), ALAMEDA COUNTY SHERIFF OFFICER B. FRANCIS (#1615), ALAMEDA COUNTY SHERIFF OFFICER K. LEWIS (#958), ALAMEDA COUNTY SHERIFF OFFICER D. BLANCHARD (#1449), ALAMEDA COUNTY SHERIFF OFFICER JAMES MCGRAIL (#201603), and DOES 1-200, | |
| Defendants. | |

Defendants DAVID BLANCHARD, BRIAN FRANCIS, GURVINDER GOSAL, KEVIN LEWIS and JAMES McGRAIL have requested to be excused from personally attending the ~~May 24, 2013~~ June 11, 2013 settlement conference, or from being available by telephone for the duration of the settlement conference.

Attending in their place will be a representative of defendant COUNTY OF ALAMEDA, who is authorized to settle the case.

Good cause appearing,

The request by defendants DAVID BLANCHARD, BRIAN FRANCIS, GURVINDER

1

GOSAL, KEVIN LEWIS and JAMES McGRAIL to be excused from the conference is hereby granted.

Dated: May 15, 2013

_____
Judge Maria-Elena James

*Saavedra v. County of Alameda, et al./*Case #C12-03478 JSC (MEJ)
[Proposed] Order Granting Individual Defendants' Application To Be Excused From Appearing In Person Or By Telephone At May 24, 2013 Settlement Conference