Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:  510-273-8570
E-mail:  cthompson@htalaw.com

Attorneys For Defendants
COUNTY OF ALAMEDA, D. BLANCHARD,
B. FRANCIS, G. GOSAL, K. LEWIS and
J. McGRAIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JOVANNY SAAVEDRA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY SHERIFF OFFICER G. GOSAL (#1459), ALAMEDA COUNTY SHERIFF OFFICER B. FRANCIS (#1615), ALAMEDA COUNTY SHERIFF OFFICER K. LEWIS (#958), ALAMEDA COUNTY SHERIFF OFFICER D. BLANCHARD (#1449), ALAMEDA COUNTY SHERIFF OFFICER JAMES MCGRAIL (#201603), and DOES 1-200,<br><br>　　　　Defendants. | Case No.: C12-03478 JSC (MEJ)<br><br>**[PROPOSED] ORDER GRANTING INDIVIDUAL DEFENDANTS' APPLICATION TO BE EXCUSED FROM APPEARING IN PERSON OR BY TELEPHONE AT** ~~MAY 24, 2013~~ June 11, 2013 **SETTLEMENT CONFERENCE** T |

　　　　Defendants DAVID BLANCHARD, BRIAN FRANCIS, GURVINDER GOSAL, KEVIN LEWIS and JAMES McGRAIL have requested to be excused from personally attending the ~~May 24, 2013~~ June 11, 2013 settlement conference, or from being available by telephone for the duration of the settlement conference.

　　　　Attending in their place will be a representative of defendant COUNTY OF ALAMEDA, who is authorized to settle the case.

　　　　Good cause appearing,

　　　　The request by defendants DAVID BLANCHARD, BRIAN FRANCIS, GURVINDER

1

GOSAL, KEVIN LEWIS and JAMES McGRAIL to be excused from the conference is hereby granted.

Dated: May 15, 2013

_____
Judge Maria-Elena James

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

2

*Saavedra v. County of Alameda, et al./*Case #C12-03478 JSC (MEJ)
[Proposed] Order Granting Individual Defendants' Application To Be Excused From Appearing In Person Or By Telephone At May 24, 2013 Settlement Conference